| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Charlvin DeWayne Denman** | Social Security number or ITIN   **xxx–xx–0298** |
| | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Southern District of Texas** | | Date case filed for chapter  **7   7/11/18** |
| Case number:  **18–33828** | | |

## Official Form 309A (For Individuals or Joint Debtors)
## AMENDED Notice of Chapter 7 Bankruptcy Case                12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered. This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

**NOTE: This notice amends the previous notice you received. Please review it carefully to determine changes in settings, deadlines or trustee information.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Charlvin DeWayne Denman | | |
| 2. | **All other names used in the last 8 years** | | | |
| 3. | **Address** | 19531 Remington Bend Dr. Houston, TX 77073 | | |
| 4. | **Debtor's attorney** Name and address | Adrian Stanley Baer Law Offices of Adrian S. Baer 3306 Sul Ross Houston, TX 77098 | | Contact phone 713–630–0600  Email: abaer@clegal.com |
| 5. | **Bankruptcy trustee** Name and address | Ronald J Sommers Nathan Sommers Jacobs 2800 Post Oak Blvd 61st Floor Houston, TX 77056 | | Contact phone 713–892–4801  Email: efile@nathansommers.com |

**For more information, see page 2 >**

Debtor  **Charlvin DeWayne Denman**                                                                Case number **18–33828**

| | | |
|---|---|---|
| **6.** **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208 | Hours open:<br>8:00 am – 5:00 pm Monday through Friday<br><br>Contact phone (713) 250–5500<br><br>Date: 7/25/18 |
| **7.** **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 5, 2018 at 09:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Suite 3401, 515 Rusk Ave, Houston, TX 77002** |
| **8.** **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 10/9/18** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court
Southern District of Texas

In re:                                                              Case No. 18-33828-evr
Charlin DeWayne Denman                                              Chapter 7
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0541-4          User: ShoshanaA          Page 1 of 2          Date Rcvd: Jul 25, 2018
                             Form ID: 309Aamd          Total Noticed: 61

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 27, 2018.
db            +Charlin DeWayne Denman,   19531 Remington Bend Dr.,   Houston, TX 77073-4481
10296349       AES/BELA-US Bank,   P.O. Box 20301,   Helena, MT 59620
10308365      +Adesa,   4526 N. Sam Houston Parkway,   Houston, TX 77086-1424
10296406      +Alan Scheinthal,   Attorney at Law,   4635 Southwest Freeway, Suite 720,
               Houston, Texas 77027-7105
10300733      +Auction Credit,   14951 Dallas Parkway, Ste 200,   Dallas, TX 75254-6883
10300734       Auto Finance Solutions,   17702 Mitchell North Street, Ste. 250,   Irvine, CA 92614
10300735      +Best Buy/CBNA,   P.O. Box 6497,   Sioux Falls, SD 57117-6497
10296419      ++CAINE & WEINER COMPANY,   12005 FORD ROAD 300,   DALLAS TX 75234-7262
               (address filed with court:  Caine & Weiner,   P.O. Box 55848,   Sherman Oaks, CA 91413)
10296354      +Capi/Helzberg Diamonds,   P.O. Box 30523,   Salt Lake City, UT 84130-0523
10296355       Capital One/Best Buy,   P.O. Box 39253,   Salt Lake City, UT 84130
10308372      +Cooper Asset,   189 Townsend Street,   Birmingham, MI 48009-6008
10308378      +Denyse Cristalle,   4602 Tidewater,   Houston, TX 77045-4136
10308412      +FT Acceptance,   703 Waterford Way, Suite 780,   Miami, FL 33126-4677
10308379      +Facebook,   225 Park Avenue South,   New York, NY 10003-1780
10308380      +First American Payment Systems, Inc.,   100 Throckmorton Street, Ste. 1600,
               Fort Worth, TX 76102-2846
10296370      +Floorplan Xpress LLC,   1450 W. Sam Houston Parkway, Suite F, Bu,   Houston,TX 77043-3136
10296372      +Harris County Tax Assessor,   1001 Preston,   Houston, TX 77002-1899
10306999      +Harris County Texas,   Harrison Greg Jr.,   1019 Congress, 16th Fl.,
               Houston, Texas 77002-1772
10308413      +Intrepid Payment Processing,   100 Throckmorton St. Suite 1800,   Ft. Worth, TX 76102-2802
10296418      +JH Portfolio Debt Equity,   5757 Phantom Dr. Suite 225,   Hazelwood, MO 63042-2429
10308417      +Jeffrey Schiavo,   31 C Skyhollow Ct.,   Waterbury, CT 06779-2436
10296376      +Lending Club Corporation,   71 Stevenson Street Suite 1000,   San Francisco, CA 94105-2967
10300737       Lobel Financial Corporation,   4710 Bellaire Blvd.,   Bellaire, TX 77401-4526
10308416      +Manheim,   6325 Peachtree Dunwoody Rd. NE,   Atlanta, GA 30328-4545
10296371      +Matthew A. Copeland,   Adams & Reese LLP,   LyondellBasell Tower,   1221 McKinney, Suite 4400,
               Houston, Texas 77010-2023
10300738       Nextgear Capital LLC,   1370 City Center Dr., Ste. 102,   Carmel, IN 46032
10296348      +Sholeh Abedinzadeh,   The Welscher Martinez Law Firm,   1111 North Loop West, Suite 702,
               Houston, Texas 77008-4715
10296379      +Smart Financial Credit Union,   P.O. Box 920719,   Houston, TX 77292-0719
10296378      +Stacey S. Fischer,   Sprechman & Fisher, P.A.,   2775 Sunny Isles Blvd., Suite 100,
               Miami, FL 33160-4078
10296369      +Stephanie A Newport,   In-House Counsel for CIG Financial, LLC,   6 Executive Circle, Suite 100,
               Irvine, California 92614-6732
10308419      +Surety Bonding Co. of America,   101 S. Reid St., Ste. 300,   Sioux Falls, SD 57103-7045
10300743      +Texas Bay Area Credit Union,   12611 Fuqua,   Houston, TX 77034-4646
10296409      +Texas Bay Area Credit Union,   12611 W. Fuqua,   Houston, TX 77034-4646
10296411      +Texas Department of Motor Vehicles,   4000 Jackson Avenue,   Austin, TX 78731-6007
10308420       Vanguard Fiduciary Trust Co.,   500 Admiral Nelson Dr.,   Malvern, PA 19355
10296373      +Vince Ryan,   Harris County Attorney,   1019 Congress, 15th Floor,   Houston, Texas 77002-1768
10308415      +Wallace Keels,   7320 Jensen Dr., #116,   Houston, TX 77093-8747
10300745       Westlake Financial,   P.O. Box,   Los Angeles, CA 90001
10308421      +Xfinity Business,   2616 Voss Rd.,   Houston, TX 77057-4100

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: abaer@clegal.com Jul 25 2018 21:15:27    Adrian Stanley Baer,
               Law Offices of Adrian S. Baer,   3306 Sul Ross,   Houston, TX 77098
aty           +E-mail/Text: houston_bankruptcy@LGBS.com Jul 25 2018 21:17:03    Tara L Grundemeier,
               Linebarger Goggan Blair and Sampson LLP,   1301 Travis Street, Ste 300,
               Houston, Tx 77002-7430
tr            +EDI: FRJSOMMERS.COM Jul 26 2018 00:43:00    Ronald J Sommers,   Nathan Sommers Jacobs,
               2800 Post Oak Blvd,   61st Floor,   Houston, TX 77056-6131
cr             E-mail/Text: houston_bankruptcy@LGBS.com Jul 25 2018 21:17:03    Harris County,
               Linebarger Goggan Blair & Sampson LLP,   C/O Tara L. Grundemeier,   P.O. Box 3064,
               Houston, TX  77253-3064
10308366      +E-mail/Text: bk@afsacceptance.com Jul 25 2018 21:17:30    AFS Acceptance,
               1475 W. Cypress Creek Road,   Ft. Lauderdale, FL 33309-1931
10296350       E-mail/Text: bankruptcy@autofinance.com Jul 25 2018 21:15:42    Automotive Finance Corporation,
               13085 Hamilton Crossing Blvd. Ste. 300,   Carmel, IN 46032
10296357      +E-mail/Text: bknotices@conduent.com Jul 25 2018 21:18:09    CES/Brazos,   c/o ACS,
               501 Bleeker St.,   Utica, NY 13501-2401
10308367      +EDI: CAPITALONE.COM Jul 26 2018 00:43:00    Capital One,   P.O. Box 30253,
               Salt Lake City, UT 84130-0253
10296356      +EDI: CAPITALONE.COM Jul 26 2018 00:43:00    Capital One Bank USA NA,   P.O. Box 30281,
               Salt Lake City, UT 84130-0281
10296368      +EDI: CHASE.COM Jul 26 2018 00:43:00    Chase Bank,   P.O. Box 15298,
               Wilmington, DE 19850-5298
10308371      +E-mail/Text: bankruptcy@consumerportfolio.com Jul 25 2018 21:17:16
               Consumer Portfolio Services,   P.O. Box 57071,   Irvine, CA 92619-7071

```
District/off: 0541-4          User: ShoshanaA          Page 2 of 2          Date Rcvd: Jul 25, 2018
                              Form ID: 309Aamd         Total Noticed: 61
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
10308373      +EDI: CONVERGENT.COM Jul 26 2018 00:43:00        Convergent Outsourcing, Inc.,   800 SW 39th Street,
               Renton, WA 98057-4975
10296375       EDI: IRS.COM Jul 26 2018 00:43:00        Department of the Treasury,   Internal Revenue Service,
               Ogden, UT 84201-0013
10308411      +E-mail/Text: bankruptcy@flagshipcredit.com Jul 25 2018 21:17:18        Flagship Credit Acceptance,
               3 Christy Drive, Suite 102,   Chadds Ford, PA 19317-9676
10300068       E-mail/Text: houston_bankruptcy@LGBS.com Jul 25 2018 21:17:03        Harris County et al.,
               c/o Tara L. Grundemeier,   Linebarger Goggan Blair & Sampson LLP,   P.O. Box 3064,
               Houston, Tx 77253-3064
10298286      +EDI: PRA.COM Jul 26 2018 00:43:00        PRA Receivables Management, LLC,   PO Box 41021,
               Norfolk, VA 23541-1021
10296407      +EDI: RMSC.COM Jul 26 2018 00:43:00        SYNCB/Lowes,   P.O. Box 956005,   Orlando, FL 32896-0001
10296408      +EDI: RMSC.COM Jul 26 2018 00:43:00        SYNCB/RoomstoGo,   P.O. Box 965036,
               Orlando, FL 32896-5036
10296410       E-mail/Text: pacer@cpa.state.tx.us Jul 25 2018 21:17:34        Texas Comptroller,
               P.O. Box 13528, Capitol Station,   Austin, TX 78711-3528
10296412      +EDI: WFFC.COM Jul 26 2018 00:43:00        Wells Fargo Card Service,   P.O. Box 14517,
               Des Moines, IA 50306-3517
10296413      +EDI: WFFC.COM Jul 26 2018 00:43:00        Wells Fargo Home Mortgage,   P.O. Box 10335,
               Des Moines, IA 50306-0335
10300744      +E-mail/Text: BankruptcyNotice@westlakefinancial.com Jul 25 2018 21:17:59
               Western Funding Inc.,   3915 E. Patrick Lane,   Las Vegas, NV 89120-3965
                                                                                      TOTAL: 22
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
10296352*     +AES/BELA-US Bank,   P.O. Box 20301,   Helena, MT 59620
10296353*     ++AUTOMOTIVE FINANCE CORPORATION,   13085 HAMILTON CROSSING BLVD,   SUITE 300,
               CARMEL IN 46032-1445
              (address filed with court:  Automotive Finance Corporation,
               13085 Hamilton Crossing Blvd. Ste. 300,   Carmel, IN 46032)
10296374*      Internal Revenue Service,   Centralized Insolvency Operation,   P. O. Box 7346,
               Philadelphia, PA 19101-7346
10300736*     +Lending Club Corporation,   71 Stevenson Street, Ste. 1000,   San Francisco, CA 94105-2967
10300741*     +SYNCB/Lowes,   P.O. Box 956005,   Orlando, FL 32896-0001
10300742*     +SYNCB/RoomstoGo,   P.O. Box 965036,   Orlando, FL 32896-5036
10296351*     +Sholeh Abedinzadeh,   The Welscher Martinez Law Firm,   1111 North Loop West, Suite 702,
               Houston, Texas 77008-4715
10296377      ##+Merchant Capital Group,   111 Miami Gardens Drive, Suite 408,   Miami, FL 33169-4619
                                                                           TOTALS: 0, * 8, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2018                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 25, 2018 at the address(es) listed below:
```
              Adrian Stanley Baer   on behalf of Debtor Charlvin DeWayne Denman abaer@clegal.com
              Ronald J Sommers   efile@nathansommers.com,  RS@trustesolutions.com,RS@trustesolutions.net,
              jbatres@nathansommers.com
              Tara L Grundemeier   on behalf of Creditor  Harris County houston_bankruptcy@publicans.com
              US Trustee   USTPRegion07.HU.ECF@USDOJ.GOV
                                                                                      TOTAL: 4
```